IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRING DIVISION

|  |  |
|---|---|
| BAYSTATE BIOFUELS, LLC, | ) |
| Plaintiff, | ) |
|  | ) C.A. No. 10-6031 |
| v. | ) |
| PHOENIX PINNACLE BIOFUELS, LLC, | ) |
| Defendant. | ) |

## CONSENT FINAL JUDGMENT

Based upon the agreement of Plaintiff, Baystate Biofuels, LLC ("Baystate") and Defendant, Phoenix Pinnacle Biofuels, LLC ("Phoenix") and good cause shown, the Court, being well and sufficiently advised, hereby finds and rules as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332, and *in personam* jurisdiction over the parties. Venue also is proper in this Court.

2. Judgment should be and is hereby entered on all of Baystate's claims against Phoenix in the amount of $140,000 plus attorneys fees of $36,597.35, costs of $350.00, and prejudgment interest at the rate of six (6%) percent per annum from March 10, 2010 until the date of entry of this Judgment, for a total Judgment of $176,597.35 plus prejudgment interest. The total Judgment amount shall accrue post judgment interest until paid at a rate equal to the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of this Judgment.

3. Plaintiff has waived all rights of appeal from this Consent Judgment.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Phoenix shall within 45 days of entry of this Judgment prepare and file a schedule, verified by affidavit, of all its property, both real and personal, including monies, bank accounts, rights, credits, and choses in action held by it or others for it and specify the particular property which it claims as exempt under the provisions of the law.

IT IS SO ORDERED.

_____
HONORABLE ROBERT DAWSON
UNITED STATES DISTRICT JUDGE

DATE: June 7, 2010

Approved:

BAYSTATE BIOFUELS, LLC

By Its Attorneys,

Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.

By: _Marshall S. Ney_

Marshall S. Ney, Bar No. 91108
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
5414 Pinnacle Point Drive
Suite 500
Rogers, AR 72758-8131
(479) 464-5653
mney@mwlaw.com

PHOENIX PINNACLE BIOFUELS, LLC

By _____
Sam Anderson, Title

AR Bar No. 2008034

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 0 7 2010

CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

- 2 -